# United States District Court
for the
Southern District of Indiana

| | |
|---|---|
| BRANDI CAMPBELL, individually and on Behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) TOUCH OF CLASS, INC., JAMES D. ) MCCOLLUM, JOE DOWNING, ) ) Defendants. ) | Case No. 1:22-cv-1918 |

**MOTION FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff requests that the clerk enter the default of defendant, Touch of Class, Inc., for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as appears from the affidavit of Brian R. DeHem attached hereto.

Respectfully submitted,

/s/Brian R. DeHem
Brian R. DeHem, #28524-53
Attorney for the Plaintiff,
Brandi Campbell

DEHEM LAW, LLC
P.O. Box 125
Noblesville, Indiana 46061
P:317-428-8333
E: brian@dehemlaw.com