UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRANDI CAMPBELL individually and on Behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>TOUCH OF CLASS, INC. Clerk's Entry of Default Entered on 6/6/2023,<br>JAMES D. MCCOLLUM,<br>JOE DOWNING,<br>MICHAEL W. BICKERS,<br>DENISE M. WILHOIT,<br><br>      Defendants. | No. 1:22-cv-01918-SEB-CSW |

## JUDGMENT

The court having this day made its Order directing the entry of final judgment, this action is dismissed without prejudice.

Date:  9/26/2025

                 *Sarah Evans Barker*
                 SARAH EVANS BARKER, JUDGE
                 United States District Court
                 Southern District of Indiana

Distribution:

MICHAEL W. BICKERS
537 Deer Run Trail
Charleston, IL 61920

DENISE M. WILHOIT
537 Deer Run Trail
Charleston, IL 61920

Brian Richard Dehem
DeHem Law, LLC
brian@dehemlaw.com